NICK A. MOSCHETTI, JR.
Nevada Bar No. 920
784 Pinnacle Court
Mesquite, Nevada 89027
Telephone: (775) 530-5749
Fax: (775) 646-0417
Email: nickamojr@gmail.com
Attorney for Defendants
William V. Rodriguez and Judy
A. Rodriguez, individually

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| American Reliable Insurance Company, an Arizona corporation,<br><br>           Plaintiff,<br>   v.<br>WILLIAM V. RODRIGUEZ, an individual, JUDY A. RODRIGUEZ, individual, Gaetan Pelletier, an individual, Pelletier RE Investments, LLC, a Colorado corporation, DOES 1-20 and **ROE CORPORATIONS 1-20, inclusive**,<br>           Defendants. | Case NO. 3:17-CV-00740-RCJ-WGC<br><br>**STIPULATION and ORDER TO EXTEND RODRIGUEZ DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    The undersigned attorneys for their respective clients hereby stipulate that the April 25, 2018 deadline date for Defendants William V. Rodriguez and Judy A. Rodriguez to file their Response to Plaintiff's Motion For Summary Judgment is hereby extended to and including Friday, May 4, 2018.

    This stipulation is made for good cause based upon the calendar conflicts of Defendants' legal counsel, a sole

1

practitioner, who is preparing for legal matters that will take place in San Diego, California from April 26 through May 1, 2018.

SO STIPULATED this 23rd day of April, 2018

/s/ Priscilla L. O'Briant, Esq.
PRISCILLA L. O'BRIANT, ESQ.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Nevada Bar No. 10171
*Attorneys for Plaintiff*
American Reliable Insurance Company


/s/ Nick A. Moschetti, Jr., Esq.
NICK A. MOSCHETTI, JR., ESQ.
Nevada Bar No. 920
784 Pinnacle Court
Mesquite, Nevada 89027
*Attorney for Defendants*
William V. Rodriguez and
Judy A. Rodriguez

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 11, 2018.

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I certify that on this day I caused to be served a true and correct copy of the foregoing document by E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following email addresses:

Robert W. Freeman, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Email: Robert.Freeman@lewisbrisbois.com

Priscilla L. O'Briant, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Email: Priscilla.Obriant@lewisbrisbois.com

I also certify that I e-mailed the foregoing document and deposited the same for mailing in Mesquite, Nevada, with postage prepaid thereon, addressed as follows:

| | |
|---|---|
| Gaetan Pelletier | Pelletier RE Investments, LLC |
| 1601 Robinhood Road | Gaetan Pelletier, Registered Agent |
| Vista, CA 92084 | 5668 Brennan Avenue |
| Email: Gaetan2000@aop.com | Colorado Springs, CO. 89023 |

DATED: This 3rd day of May, 2018.

/s/ Nick A, Moschetti, Jr.
Nick A. Moschetti, Jr.

3