ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
E-Mail: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
TEL.: 702-893-3383
FAX: 702-893-3789
*Attorneys for Plaintiff*
American Reliable Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| American Reliable Insurance Company, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>William Rodriguez, an individual; Judy Rodriguez, an individual; Gaetan Pelletier, an individual; Pelletier RE Investments, LLC, a Colorado corporation, DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-00740-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

The undersigned attorneys for their respective clients hereby stipulate that the May 18, 2018 deadline date for Plaintiff's Reply in support of its Motion for Summary Judgment is hereby extended through and including Tuesday, May 29, 2018.

This stipulation is made for good cause based upon the current calendar of Plaintiff's counsel as well as the prior agreement between counsel that all parties should have equal additional time to prepare their briefing.

/ / /

/ / /

/ / /

/ / /

4841-4984-0486.1

The hearing on Plaintiff's Motion for Summary Judgment is set for July 10, 2018. As such, this extension of time will not impact the hearing date. This request is made by the parties in good faith and not for purposes of delay.

DATED this 15th day of May, 2018.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Priscilla L. O'Briant*

_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

DATED this 15th day of May, 2018.

NICK A. MOSCHETTI, JR

*/s/ Nick A. Moschetti*

_____
NICK A. MOSCHETTI, JR., ESQ.
Nevada Bar No. 920
784 Pinnacle Court
Mesquite, Nevada 89027
*Attorney for the Rodriguez Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:_____ May 16, 2018

4841-4984-0486.1