ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
E-Mail: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
TEL.: 702-893-3383
FAX: 702-893-3789
*Attorneys for Plaintiff*
American Reliable Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| American Reliable Insurance Company, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>William Rodriguez, an individual; Judy Rodriguez, an individual; Gaetan Pelletier, an individual; Pelletier RE Investments, LLC, a Colorado corporation, DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive,<br><br>Defendants. | CASE NO.: 3:17-CV-00740-RCJ-WGC<br><br>**ORDER GRANTING PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT**<br>**[PROPOSED]** |

The Court, having considered Plaintiff American Reliable Insurance Company's ("ARIC") Motion for Summary Judgment on its Complaint for Declaratory Judgment and documenting its findings in an Order [dkt. 38] and good cause appearing, orders as follows:

IT IS ORDERED GRANTING Plaintiff's Fed. R. Civ. P. 56 Motion for Summary Judgment [dkt. 23].

IT IS THEREFORE ORDERED that Plaintiff ARIC does not have a duty to defend William or Judy Rodriguez under policy FRP 17504007 in the federal court litigation pending in the United States District Court for the District of Nevada, case number 3:17-cv-00642, titled *Pelletier v. Rodriguez, et. al.*(the *Pelletier* Action).

/ / /

4832-3986-2384.1

IT IS FURTHER ORDERED that Plaintiff ARIC does not have a duty to indemnify William or Judy Rodriguez under policy FRP 17504007 for any loss or damages arising from the *Pelletier* Action.

IT IS FURTHER ORDERED that Plaintiff ARIC does not have a duty to defend the William V. Rodriguez Revocable Living Trust (the "Trust"), or William and Judy Rodriguez in their role as Trustees, under policy FRP 17504007 in the *Pelletier* Action.

IT IS FURTHER ORDERED that Plaintiff ARIC does not have a duty to indemnify the Trust, or William and Judy Rodriguez in their role as Trustees, under policy FRP 17504007 for any loss or damages arising from the *Pelletier* Action.

IT IS FINALLY ORDERED that Plaintiff ARIC is entitled to entry of judgment in its favor on all causes of action asserted in its Complaint for Declaratory Judgment.

Dated this 28th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE